UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Craig B. Shaffer | Laura Blunkall |
| United States Magistrate Judge | Deputy Clerk |
| Case Number: 08-mj-01032 | FTR CBS AM |
| February 29, 2008 | |
| | |
| UNITED STATES OF AMERICA | Wayne Campbell |
| v. | |
| YUE DENG | Frank Pignatelli |
| FUYIN DENG | Phil Cherner |

Interpreter Rose Yan

### RELEASE ON BOND

Court in session: 10:38 am

Court calls case. Counsel was not required to attend this hearing.

Interpreter sworn.

Sue Heckman and Sarah Hoppe are present from pre-trial services.

Defendants were not brought to court.

Government withdraws Motion for Judicial Inquiry Into The Source of Funds To Be Provided For Potential Forfeiture Or Offered As Collateral To Secure A Bond Pursuant to Title 18 U.S.C 3142(g)(4).

**ORDERED:** Release of Bond hearing continued to February 29, 2008 at 2:00pm.

Court in recess: 10:40 am

Total Time: 2 minutes

Hearing continued.

Court in session: 2:15 pm

Court calls case and appearance of counsel.

Sue Heckman and Sarah Hoppe are present from pre-trial services.

Bond paperwork is signed and tendered to the court.

**ORDERED:** Bond is set at $25,000 secured bond with electronic monitoring and further conditions as set forth in the Order Setting Conditions For Release as to Yue Deng and Fuyin Deng

**ORDERED:** Defendants are remanded to the custody of the United States Marshal to be released after processing.

Court in recess: 2:28 pm

Total Time: 13 minutes

Hearing concluded.