IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 08-cr-00116-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    SHENG HUANG;
2.    **YUE DE DENG**;
3.    GUANG DONG FENG;
4.    PINGWEN BAI;
5.    FUYIN DENG;
6.    TRAN VAN,

      Defendants.

---

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

---

THIS MATTER comes before the Court following the filing of a Notice of Disposition
(**#110**) on August 7, 2008, by Defendant Yue De Deng.  The Court construes this Notice as a
motion to change his/her plea and to have the Court consider the terms of the parties' plea
agreement.

**IT IS THEREFORE ORDERED** that:

1.    Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled

      pending determination of those matters.

2.    A Change of Plea hearing is set for **November 3, 2008,** at **10:45 a.m.** in the

      United States District Court for the District of Colorado, Courtroom A901, Alfred

A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.[1]

3.      The motion hearing set for September 3, 2008, the final trial preparation

conference set for October 22, 2008, and the October 27, 2008, trial date are

**VACATED** as to Defendant Yue De Deng, only.

Dated this 12th  day of August, 2008.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge

---

[1]  In criminal cases originating from the Grand Junction or Durango Jury Divisions of this Court, counsel shall be prepared to advise the Court at the time of the change of plea hearing whether a written request to have the sentencing hearing conducted at the courthouse in either  Grand Junction or Durango will be filed. *See Administrative Order 2007-8.*