IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 08-cr-00116-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     SHENG HUANG;
2.     **YUE DE DENG**;
3.     GUANG DONG FENG;
4.     PINGWEN BAI;
5.     FUYIN DENG;
6.     TRAN VAN,

        Defendants.
_____

**ORDER**
_____

        THIS MATTER comes before the Court *sua sponte*. Defendant Yue De Deng's counsel, Francis Pignatelli, has been suspended from the practice of law in Colorado. The Defendant shall have **30 days** from today's date to obtain new counsel or to request appointment of counsel.

        DATED this 25th day of February, 2009.

                                    **BY THE COURT:**

                                    Marcia S. Krieger
                                    United States District Judge