# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover        Date: April 27, 2009
Court Reporter:   Paul Zuckerman
Probation Officer: Laura Ansart
Interpreter:      Rose Yan

Criminal Action No. 08-cr-00116-MSK

*Parties*:                                *Counsel*:

UNITED STATES OF AMERICA,                 Wayne Campbell

    Plaintiff,

v.

2.  YUE DE DENG,                          Richard Banta

    Defendant.

---

## SENTENCING MINUTES
_____

**3:31 p.m.     Court in session**.

Defendant present on bond.

Interpreter sworn.

**Change of Plea Hearing on December 1, 2008.  Defendant pled guilty to Count 1 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do not** request departure.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). (Doc. #217)  Argument by Mr. Banta.  The Government objects.

Allocution. - Statements made by:  The Government and the defendant.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  No further argument.

Oral findings are made of record.

**ORDER:**   Defendant's Motion for a Variant Sentence (Doc. #217) is **GRANTED.**

**ORDER:    THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:**   Defendant shall surrender within 15 days of the designation of the facility by the United States Bureau of Prisons.

**ORDER:**   Bond will be exonerated at the time defendant reports.

**4:24 p.m.     Court in recess.**

Total Time:    53 minutes.
Hearing concluded.